IN THE SUPREME COURT OF TEXAS

 No. 05-0423

 IN RE ECONOMY OIL COMPANY

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion for temporary relief, filed June 1,
2005, is granted. All trial court proceedings in Cause No. 342-153149-94,
styled FFP Partners, L.P. v. Billy R. Delp, Jr., Et Al., in the 352nd
Judicial District Court, Tarrant County, Texas and the court of appeal's
judgment and opinion, dated May 19, 2005, in No. 02-00065-05-CV, styled In
Re Billy R. Delp, Jr. IRA, in the Court of Appeals for the Second
District, are stayed pending further order of this Court.
 2. The real party in interest is requested to respond to relator's
petition for writ of mandamus on or before 3:00 p.m., June 13, 2005.

 Done at the City of Austin, this Friday, June 3, 2005.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Gena Pelham, Deputy Clerk